DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| 103P17 | State v. Earl Wayne Flowers | Petitioner's *Pro Se* Petition for a *Writ of Habeas Corpus* | Denied **04/07/2017** |
|---|---|---|---|
| 104P11-9 | State v. Titus Batts | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-705) | Dismissed **Ervin, J., recused** |
| 105P17 | State v. Jimmy Reid | Def's *Pro Se* Motion for Notice of Appeal (COAP17-172) | Dismissed *ex mero motu* **Ervin, J., recused** |
| 108P17 | State v. Jesse C. Santifort | 1. State's Motion for Temporary Stay (COA17-202) 2. State's Petition for *Writ of Supersedeas* 3. State's Petition for *Writ of Certiorari* to Review Order of COA 4. State's Motion to Amend Petition for *Writ of Certiorari* | 1. Denied **04/18/2017** 2. Denied **04/18/2017** 3. Denied **04/18/2017** 4. Allowed **04/18/2017** |
| 109P17 | In Re Olander R. Bynum | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 111P17 | Grace Justice Johnson v. Glenwood F. Johnson | 1. Def's *Pro Se* Motion for PDR (COAP16-840) 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied 2. Allowed |
| 112P17 | State v. Anthonio Shontari Farrar | 1. State's Motion for Temporary Stay (COA16-679) 2. State's Petition for *Writ of Supersedeas* | 1. Allowed **04/10/2017** 2. |
| 115P17 | State v. Dean Michael Varner | 1. State's Motion for Temporary Stay (COA16-591) 2. State's Petition for *Writ of Supersedeas* 3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **04/12/2017** 2. 3. |